COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Clarent Energy Services, Inc. and Graham Gilliam v. Leasing
                         Ventures, LLC

Appellate case number:   01-18-00036-CV

Trial court case number: 2016-50734

Trial court:             127th District Court of Harris County

This is an appeal from a judgment signed December 14, 2017. The clerk's record was filed February 12, 2018. Appellants have filed an unagreed motion to supplement the clerk's record with documents attached to the motion. The motion is DENIED.

The motion states: "It became clear that the record was missing several documents filed by the parties in the days prior to the judgment and notice of appeal." The motion provides no explanation why such a problem with the record was not rectified prior to the entry of judgment and the filing of a notice of appeal. In any case, the rules of appellate procedure provide for records to be certified by the trial court clerk, and there is a specific procedure for supplementation of the clerk's record. *See* TEX. R. APP. P. 34.5(c). Even an agreed clerk's record must be prepared pursuant to Rule 34.5. *See* TEX. R. APP. P. 34.2. To the extent appellants' motion can be read to suggest that part of the clerk's record has been lost or destroyed, the relevant rule should be followed. *See* TEX. R. APP. P. 34.5(e).

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   ☑ Acting individually     ☐ Acting for the Court

Date:  May 10, 2018